### DECIDED IN THE

## Circuit Court of the District of Columbia

### [FOR THE

## COUNTY OF WASHINGTON,

### OCTOBER TERM, 1847.

WILLIAM CRANCH, Chief Judge; JAMES S. MORSELL and JAMES DUNLOP Associate Judges.

---

### JAMES THECKER AND JAMES A. THECKER

#### *vs.*

### THOMAS M. MILBURN.

##### AT LAW.  DECIDED OCTOBER 17TH, 1847.

#### *Appeal from Justice of the Peace, Henry Reaves.*

The holder of several notes, made by the same party, may elect to bring separate action in a justice's court on each note, and the fact that the amount of all the notes combined exceeds the jurisdiction of the justice will not oust the justice of jurisdiction.

Counsel for the appellants, ROBERT OULD.

Counsel for the appellee, LAURENCE.

The Theckers had given two joint promissory notes, bearing the same date, to T. M. Milburn, each note for $36 with interest, one payable in four and the other in six months.

After both of the notes had fallen due a warrant was issued on each, and Milburn obtained judgment on each.

The Theckers appealed, on the ground that both notes ought to have been embraced in one suit, and that then the amount would have exceeded the magistrate's jurisdiction.

For the appellee it was contended that each note constituted a separate cause of action, and that the magistrate was right in giving a separate judgment on each.

The Court sustained the appellee's point, and affirmed the magistrate's judgment with costs.